UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :
                               :
            -vs-               :    No.  3:15-CR-20
                               :
TRAYVON THOMAS,                :
            Defendant          :

### DEFENDANT'S ACKNOWLEDGMENT OF RIGHTS BY GUILTY PLEA

1. I understand the nature of the charges to which my proposed plea of guilty to Criminal Information filed in the Middle District of Pennsylvania to be as to Count 1: a violation of Title 18, United States Code, Section 1112, Involuntary Manslaughter; and as to Count 2, a violation of Title 18, United States Code, Section 1791, Possession of a Weapon (Contraband) in Prison.

2. I further understand that the charges carries a maximum sentence of thirteen years' imprisonment or a fine of $500,000, or both. I understand that the Court has the authority to enter an order of forfeiture of any assets that are the proceeds or facilitated the crimes to which I am charged. I further understand that the court has the authority to order restitution to any victims of my crimes. I also understand that the court must order that I pay the $200 special assessment. I further understand that the charge carries a three year term of supervised release, to follow any period of incarceration. I understand that during any period of supervised release, I will be under the supervision of a United States Probation Officer and will be subject to certain conditions which may restrict my freedom of movement, association, possession of weapons, use of alcohol or controlled substances, etc. I further understand that during any period of supervision I may

be required to participate in rehabilitative programs and will be required to make routine reports to the Probation Officer and answer his questions truthfully and to follow his instructions. I further understand that should I violate any conditions of supervised release, the Court may revoke my supervised release and impose a further prison term.

I understand that in determining my sentence, the Court is obligated to calculate the applicable sentencing guidelines range and to consider that range, possible departures under the Sentencing Guidelines, and other sentencing factors under 18 U.S.C. Section 3553 (a).

I further understand that as a part of the plea agreement, I am waiving my right to appeal and/or challenge my conviction and sentence, and the manner in which it was imposed provided that the sentencing is within the sentencing guidelines range consistent with the stipulations contained in the plea agreement. i

I understand that as a result of this conviction I may lose valuable civil rights including the right to vote, the right to serve on a jury, the right to hold public office and the right to ever possess a firearm.

Finally, I understand that if I am not a citizen that deportation may be a possible consequence of a conviction.

3. I am represented by an attorney, Leo Latella, Esquire; I fully understand that I have the right to be represented by an attorney at every stage of these proceedings against me and, if necessary, one will be appointed to represent me.

4. I further understand the following:

- I have the right to plead not guilty and persist in that plea;
- I have the right to a jury trial;
- I have the right to be represented by counsel at trial and at all stages of this case;
- I have the right at trial to confront and cross-examine witnesses against me;
- I have the right at trial to be protected from compelled self-incrimination;
- I have the right at trial to testify and present evidence;
- I have the right to compel the attendance of witnesses on my behalf and to subpoena records in my defense for trial;
- I recognize that I have the right to move to suppress the evidence against me,
- I realize that, by pleading guilty, I am giving up all of these rights, and there will not be a trial of any kind.

5. I have discussed these matters with my attorney and am satisfied with my attorney's representation in these proceedings.

6. No promise, threats or any other inducements of any kind have been made to me in regard to my plea of guilty, apart from the plea agreement. I am entering into this plea voluntarily with full knowledge of what rights I am giving up.

7. I am aware that, by entering a plea of guilty, I am admitting that what the Government says about me in the Criminal Information is true and that I did, in fact, commit the offenses with which I am charged.

8. I understand that if I enter a plea of guilty to Criminal Information, the

Court may ask me questions about the offense to which I have pleaded, and if I answer these questions falsely under oath, my answers later may be used against me in a prosecution for perjury or false statement.

    I fully understand the foregoing statement, consisting of three (3) typewritten pages.

____11/4/14____             _____
Dated                                         TRAYVON THOMAS
                                                           Defendant

I am the defendant's counsel. I have carefully reviewed every part of this statement with the defendant.

____11/4/14____             _____
Dated                                         LEO LATELLA, ESQUIRE
                                                           Counsel for Defendant